1

2

3

4

5

6

7

8

9                              UNITED STATES DISTRICT COURT

10                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   KELLEY MAZZEI and MARTIN                Case No.:  3:13-cv-02867-TEH
     OREJEL, individually, and on behalf of
13   other members of the general public     CLASS ACTION
     similarly situated,
14                                            [PROPOSED] ORDER RE STIPULATION
                      Plaintiff,              RE VENUE
15
            vs.
16
     REGAL ENTERTAINMENT GROUP, a
17   Delaware corporation; REGAL CINEMAS,
     INC., a Tennessee corporation; EDWARDS
18   THEATRES, INC., a Delaware corporation;
     SAN FRANCISCO THEATRES, INC., a
19   California corporation; UNITED
     STONESTOWN CORPORATION, a
20   California corporation; and DOES 1
     through 10, inclusive,
21
                      Defendants.
22

23

24

25

26

27

28

ORDER

1                                             **ORDER**

2         The Court has read and considered the Stipulation Re Venue.

3         **GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED** that:

4         This matter is transferred to the United States District Court for the Central District of

5 California, Southern Division.

6

7         **IT IS SO ORDERED.**

8

9     Dated:           08/13/2013

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28